

# NUMBER 13-11-00226-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A.N.A. AND P.J.A. II, CHILDREN

On appeal from the 73rd District Court
of Bexar County, Texas.

## MEMORANDUM OPINION

**Before Justices Garza, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Patrick J. Aranda, filed an appeal from an order signed on January 5, 2011, in cause no. 2008-EM5-01918. On May 19, 2011, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on March 15, 2011, and that the deputy district clerk, Consuelo E. Gomez, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was

advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On May 13, 2011, the Clerk of the Court notified appellant that he was delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
11th day of August, 2011.

2